

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-12-00779-CV

Shannon L. **JOHNSON** and Javier G. Gonzalez,
Appellants

v.

**WATERS AT ELM CREEK LLC,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 354267
Honorable Irene Rios, Judge Presiding

## O R D E R

    Appellee's motion for extension of time to file a brief is **granted**. We **order** appellee's brief due May 9, 2013.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court